The Honorable Benjamin H. Settle

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| **JEANNE SUCHODOLSKI,**<br>Plaintiff,<br>v.<br>**CARLOS DEL TORO,**<br>**Secretary, Department of the Navy,**<br>Defendant. | CASE NO. 3:23-cv-05047-BHS<br><br>**PLAINTIFF'S RESPONSE TO MOTION TO COMPEL** |

Pursuant to the Court's April 25, 2025, Minute Order, Plaintiff submits this Response to Defendant's Motion to Compel and states as follows:

On April 29, 2025, Plaintiff provided her signed medical records authorization to counsel for Defendant via email.

Dated: April 29, 2025

<u>/s/ *Ari Wilkenfeld*</u>

Ari M. Wilkenfeld [PHV]
Victoria Watson [PHV]

ALAN LESCHT & ASSOCIATES, P.C.
1825 K Street, NW, Suite 750
Washington, DC 20006

Tel (202) 315-1744
Fax (202) 463-6067
ari.wilkenfeld@leschtlaw.com
victoria.watson@leschtlaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on April 29, 2025, I served the foregoing on Defendant's attorneys of record, via email and First-Class mail, postage prepaid, addressed as follows:

Sean M. Arenson
Alixandria K. Morris
Assistant United States Attorneys
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
sean.arenson@usdoj.gov
alixandria.morris@usdoj.gov
*Attorney for Defendants*

*/s/ Ari M. Wilkenfeld*
Ari M. Wilkenfeld